UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHNNY LONG and DONNA RICCI,

    Plaintiffs,

v.                                        Case No: 8:05-cv-2268-T-23EAJ

FUTURE A & D, INC.,

    Defendant.
_____/

## **ORDER**

United States Magistrate Judge Elizabeth A. Jenkins submits a report and recommendation (Doc. 15) on the plaintiffs' motion (Doc. 13) for attorney's fees, expert fees, and litigation expenses.  No party objects, and the time for objections has expired.  Accordingly, the report and recommendation (Doc. 15) is **ADOPTED** and the plaintiffs' motion (Doc. 13) for attorney's fees, expert fees, and litigation expenses is **GRANTED**.  The plaintiffs are awarded: (1) $1,375.00 in attorney's fees, (2) $1,572.50 in expert fees, and (3) $285.00 in litigation expenses.  The Clerk is directed to enter judgment in favor of the **Plaintiffs** in the amount of **$3,232.50**.

ORDERED in Tampa, Florida, on December 7, 2006.

                                                                           STEVEN D. MERRYDAY
    cc:    US Magistrate Judge                              UNITED STATES DISTRICT JUDGE
           Courtroom Deputy